# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| TIFFANY TAYLOR, individually and on behalf of all others similarly situated,<br><br>   *Plaintiff*,<br><br>vs.<br><br>ALBANY INTERNATIONAL CORP.,<br><br>   *Defendant*.<br>_____/ | **CLASS ACTION**<br><br>**Case No. 1:20-cv-00565**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Tiffany Taylor, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this this action as follows:

1. All claims of the Plaintiff, Tiffany Taylor, individually, are hereby dismissed with prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: August 31, 2020

                                              Respectfully Submitted,

                                              */s/ Christopher M. Sacht*
                                              Christopher M. Sacht
                                              N.H. Bar No. 14792
                                              Jonathan M. Hixon (*pro hac vice to be filed*)
                                              Massachusetts BBO # 692420
                                              **Hackett Feinberg P.C.**
                                              155 Federal Street, 9th Floor
                                              Boston, MA 02110
                                              Tel: (617) 422-0200
                                              cms@bostonbusinesslaw.com
                                              jmh@bostonbusinesslaw.com

Andrew Shamis (*pro hac vice to be filed*)
**SHAMIS & GENTILE, P.A.**
14 NE 1st Avenue, Suite 400
Miami, Florida 33132
Tel: (305) 479-2299
ashamis@shamisgentile.com

Gary M. Klinger (*pro hac vice to be filed*)
Illinois Bar No. 6303726
**MASON LIETZ & KLINGER, LLP**
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60630
Tel: (312) 283-3814
gklinger@masonllp.com

Rachel Dapeer (*pro hac vice to be filed*)
**DAPEER LAW, P.A.**
Florida Bar No. 108039
300 S. Biscayne Blvd, #2704
Miami, FL 33131
Tel: (305) 610-5223
rachel@dapeer.com

Scott Edelsberg (*pro hac vice to be filed*)
**EDELSBERG LAW, PA**
Florida Bar No. 0100537
20900 NE 30th Ave, Suite 417
Aventura, Florida 33180
Tel: (305) 975-3320
scott@edelsberglaw.com

*Counsel for Plaintiff and the Class*

## CERTIFICATE OF SERVICE

      I hereby certify that on August 31, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

      Respectfully submitted,

*/s/ Christopher M. Sacht*
Christopher M. Sacht
N.H. Bar No. 14792
Jonathan M. Hixon (*pro hac vice to be filed*)
Massachusetts BBO # 692420
**Hackett Feinberg P.C.**
155 Federal Street, 9th Floor
Boston, MA 02110
Tel: (617) 422-0200
cms@bostonbusinesslaw.com
jmh@bostonbusinesslaw.com

*Counsel for Plaintiff and the Class*